# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
# OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code**     **A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code**     **B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| **662** | **BANK OF BIRD-IN-HAND** |
| 415 | Bank of Landisburg (The) |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| **673** | **BENCHMARK FEDERAL CREDIT UNION** |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |

**Bank Code**     **C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| **675** | **CENTRE 1ST BANK, A DIVISION OF OLD DOMINION NATIONAL BANK** |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 223 | Commercial Bank & Trust of PA |

| | |
|---|---|
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code**     **D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code**     **E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code**     **F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 674 | First Commonwealth Federal Credit Union |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank |

**592** **FIRST RESOURCE BANK**
657 First United Bank & Trust
408 First United National Bank
151 Firstrust Savings Bank
416 Fleetwood Bank
175 FNCB Bank
**647** **FORBRIGHT BANK**
291 Fox Chase Bank
241 Franklin Mint Federal Credit Union
639 Freedom Credit Union
58 Fulton Bank, NA

**Bank Code        G.**

499 Gratz Bank (The)
498 Greenville Savings Bank

**Bank Code        H.**

244 Hamlin Bank & Trust Company
362 Harleysville Savings Bank
363 Hatboro Federal Savings
463 Haverford Trust Company (The)
606 Hometown Bank of Pennsylvania
68 Honesdale National Bank (The)
**364** **HUNTINGDON VALLEY BANK**
605 Huntington National Bank (The)
608 Hyperion Bank

**Bank Code        I.**

669 Industrial Bank
365 InFirst Bank
557 Investment Savings Bank
526 Iron Workers Savings Bank
668 Inspire FCU

**Bank Code        J.**

70 Jersey Shore State Bank
127 Jim Thorpe Neighborhood Bank
488 Jonestown Bank & Trust Company
659 JPMorgan Chase Bank, NA
**72** **JUNIATA VALLEY BANK (THE)**

**Bank Code        K.**

651 KeyBank NA
414 Kish Bank

**Bank Code        L.**

78 Luzerne Bank

**Bank Code        M.**

361 M & T Bank
386 Malvern Bank, NA
510 Marion Center Bank
387 Marquette Savings Bank
81 Mars Bank
367 Mauch Chunk Trust Company
511 MCS (Mifflin County Savings) Bank
641 Members 1st Federal Credit Union
555 Mercer County State Bank
192 Merchants Bank of Bangor
671 Merchants Bank of Indiana
610 Meridian Bank
294 Mid Penn Bank
**276** **MIFFLINBURG BANK & TRUST COMPANY**
457 Milton Savings Bank
**596** **MOREBANK, A DIVISION OF**
        **BANK OF PRINCETON (THE)**
**484** **MUNCY BANK & TRUST COMPANY (THE)**

**Bank Code        N.**

433 National Bank of Malvern
168 NBT Bank, NA
347 Neffs National Bank (The)
**434** **NEW TRIPOLI BANK**
15 NexTier Bank, NA
636 Noah Bank
666 Northern Trust Co.
439 Northumberland National Bank (The)
93 Northwest Bank

**Bank Code      O.**

653    OceanFirst Bank
489    OMEGA Federal Credit Union
 94    Orrstown Bank


**Bank Code      P.**

**598    PARKE BANK**
584    Parkview Community Federal Credit Union
 40    Penn Community Bank
540    PennCrest Bank
419    Pennian Bank
447    Peoples Security Bank & Trust Company
 99    PeoplesBank, a Codorus Valley Company
556    Philadelphia Federal Credit Union
448    Phoenixville Federal Bank & Trust
665    Pinnacle Bank
 79    PNC Bank, NA
449    Port Richmond Savings
667    Premier Bank
354    Presence Bank
451    Progressive-Home Federal Savings & Loan
         Association
637    Provident Bank
491    PS Bank


**Bank Code      Q.**

107    QNB Bank
560    Quaint Oak Bank


**Bank Code      R.**

452    Reliance Savings Bank
220    Republic First Bank d/b/a Republic Bank


**Bank Code      S.**

153    S & T Bank
316    Santander Bank, NA
460    Second Federal S & L Association of
         Philadelphia
646    Service 1st Federal Credit Union
458    Sharon Bank

462    Slovenian Savings & Loan Association of
         Franklin-Conemaugh
**486    SOMERSET TRUST COMPANY**
633    SSB Bank
122    Susquehanna Community Bank


**Bank Code      T.**

638    3Hill Credit Union
143    TD Bank, NA
**656    TIOGA FRANKLIN SAVINGS BANK**
182    Tompkins Vist Bank
660    Top Tier FCU
577    Traditions Bank
609    Tristate Capital Bank
672    Truist Bank
640    TruMark Financial Credit Union
467    Turbotville National Bank (The)


**Bank Code      U.**

483    UNB Bank
481    Union Building and Loan Savings Bank
634    United Bank, Inc.
472    United Bank of Philadelphia
475    United Savings Bank
600    Unity Bank
232    Univest Bank & Trust Co.


**Bank Code      V.**

611    Victory Bank (The)


**Bank Code      W.**

**119    WASHINGTON FINANCIAL BANK**
121    Wayne Bank
**631    WELLS FARGO BANK, NA**
553    WesBanco Bank, Inc.
494    West View Savings Bank
473    Westmoreland Federal S & L Association
476    William Penn Bank
272    Woodlands Bank
573    Woori America Bank
630    WSFS (Wilmington Savings Fund Society), FSB

**Bank Code     X.**


**Bank Code     Y.**


**Bank Code     Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program.  These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts.  They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic.  If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA   17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.